1060

LORANA F. ALDEN, *Appellant*, v. THE DEPARTMENT
OF SOCIAL AND HEALTH SERVICES, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 84–2–01548–3, William J. Grant, J., entered November 28, 1984. *Reversed* by unpublished opinion per Munson, J., concurred in by Green, C.J., and McInturff, J.

CHARLES GERARD, *Appellant,* v. AMERICAN MARINE
BANK, *Respondent*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 81–2–00694–1, Gerald B. Chamberlin, J., entered June 16, 1983. *Affirmed* by unpublished opinion per Reed, A.C.J., concurred in by Alexander, J., and Petrie, J. Pro Tem.

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT
H. EWING, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 84–1–00032–8, Clinton J. Merritt, J., entered June 22, 1984. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Green, C.J., and McInturff, J.